STATE OF NEW JERSEY v. MARK JOHNSON, A/K/A
HAKEEM SHAKOOR.

May 8, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS PERKINS.

May 8, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DWIGHT FORD.

May 8, 1984.

Petition for certification denied.

CITIBANK, N.A. v. URBAN RECYCLE ONE ASSOCIATES.

———

ROBERT B. WHITNEY v. 700 RIVER ROAD REALTY, INC.

May 8, 1984.

Petition for certification denied.